# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of  
MICHAEL FORTIN,  
                       Plaintiff,  
vs.  
CITYVISTA CAPITAL, LLC, et al.,  
                       Defendants.

Case Number: 07 C 7009

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CITYVISTA CAPITAL, LLC.

| | |
|---|---|
| **NAME** (Type or print) <br> Stephen J. Landes | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br>     s/ Stephen J. Landes | |
| **FIRM** <br> Wildman, Harrold, Allen & Dixon LLP | |
| **STREET ADDRESS** <br> 225 West Wacker Drive, Suite 3000 | |
| **CITY/STATE/ZIP** <br> Chicago, Illinois 60606 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 1567411 | **TELEPHONE NUMBER** <br> (312) 201-2772 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

American LegalNet, Inc. <br> www.USCourtForms.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Steven Hartmann
Freeborn & Peters LLP
311 S. Wacker Dr., Suite 3000
Chicago, IL 60606

                                                /s/ Stacey L. Smiricky