## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>MICHAEL FORTIN,<br>                          Plaintiff,<br>vs.<br>CITYVISTA CAPITAL, LLC, et al.,<br>                          Defendants. | Case Number:<br>07 C 7009 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CITYVISTA CAPITAL, LLC.

| |
|---|
| NAME (Type or print)<br>Stacey L. Smiricky |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Stacey L. Smiricky |
| FIRM<br>Wildman, Harrold, Allen & Dixon LLP |
| STREET ADDRESS<br>225 West Wacker Drive, Suite 3000 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6278472 | (312) 201-2502 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

American LegalNet, Inc.<br>www.USCourtForms.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Steven Hartmann
Freeborn & Peters LLP
311 S. Wacker Dr., Suite 3000
Chicago, IL 60606

/s/ Stacey L. Smiricky