# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL FORTIN, | ) |
| | ) |
| Plaintiff, | ) No. 07-C-7009 |
| | ) |
| v. | ) Hon. Virginia Kendall |
| | ) |
| CITYVISTA CAPITAL, LLC; HENRY CISNEROS, AMERICAN CITYVISTA HOLDINGS, LTD., | ) Magistrate Judge Arlander Keys |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant CityVista Capital, LLC ("CityVista"), respectfully requests, pursuant to *Federal Rules of Civil Procedure* Rule 6 (b), that this Honorable Court grant it an extension of time to answer or otherwise plead.  On December 13, 2007, Plaintiff filed his Complaint in this action.  CityVista was served with a copy of the summons and Complaint through its registered agent on December 27, 2007.  CityVista's first responsive pleading is currently due on January 16, 2008.  CityVista's counsel conferred with Plaintiff's counsel prior to bringing this motion but Plaintiff's counsel would not agree to an extension.  CityVista requests an extension of time of 21 days or until February 6, 2008.  CityVista has not sought any prior extension of time.  This motion is not brought for purposes of delay or harassment.

WHEREFORE, for all of the foregoing reasons, Defendant CityVista respectfully requests that this Court grant it an extension to file its answer or otherwise plead in this matter until February 6, 2008.

DATED:   January 10, 2008              Respectfully submitted,

                                            CITYVISTA CAPITAL, LLC


                                            By   /s/ Stacey L. Smiricky
                                                 One of Its Attorneys

Stephen J. Landes (Atty. I.D. No. 1567411)
Stacey L. Smiricky (Atty. I.D. No. 6278472)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, IL  60606-1229
(312) 201-2000
Facsimile:  (312) 201-2555

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Steven Hartmann
Freeborn & Peters LLP
311 S. Wacker Dr., Suite 3000
Chicago, IL 60606

/s/ Stacey L. Smiricky