UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL FORTIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITYVISTA CAPITAL, LLC, HENRY )<br>CISNEROS, AMERICAN CITYVISTA )<br>HOLDINGS, LTD., )<br>)<br>Defendant. ) | No. 07-C-7009<br><br>Hon. Virginia Kendall<br><br>Magistrate Judge Arlander Keys |

## NOTICE OF MOTION

TO:   Steven Hartmann
      Freeborn & Peters LLP
      311 South Wacker Drive
      Suite 3000
      Chicago, IL 60606

PLEASE TAKE NOTICE that on the **15th** day of **January**, **2008**, at **9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before **Judge Virginia Kendall**, or any judge sitting in her stead, in the courtroom usually occupied by her in **Room 2319** in the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Defendant's Motion for Extension of Time to Answer or Otherwise Plead, a copy of which has been served upon all parties of record.

                                          /s/ Stacey L. Smiricky
                                       One of the Attorneys for Defendant
                                       CITYVISTA CAPITAL, LLC

Stephen J. Landes (Atty. I.D. No. 1567411)
Stacey L. Smiricky (Atty. I.D. No. 6278472)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, IL 60606-1229
(312) 201-2000
Facsimile: (312) 201-2555

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Steven Hartmann
Freeborn & Peters LLP
311 S. Wacker Dr., Suite 3000
Chicago, IL 60606

                /s/ Stacey L. Smiricky