KC FILED CH
JAN 08 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# Affidavit of Process Server

| MICHAEL FORTIN | VS CITYVISTA CAPITAL, LLC | 07 C 7009 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

KEVIN S. DUNN being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served CITYVISTA CAPITAL, LLC
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS & COMPLAINT

by leaving with MARY DRUMMOND    PROCESS AGENT    At
              NAME                 RELATIONSHIP

☐ Residence
☒ Business  C/O CORPORATION SERVICE CO 2711    CENTERVILLE RD. WILMINGTON, DE
            ADDRESS                             CITY / STATE

On 12/27/07 AT 12:30 PM
   DATE      TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                              DATE
from _____
     CITY  STATE  ZIP

**Manner of Service:**
☒ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

☐ **Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other _____

**Service Attempts:** Service was attempted on: (1) ____ ____ (2) ____ ____
                                                  DATE TIME        DATE TIME
(3) ____ ____ (4) ____ ____ (5) ____ ____
    DATE TIME    DATE TIME    DATE TIME

AGE 45  Sex F  Race W  Height 5'6  Weight 130  HAIR BLACK

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 27TH day of DECEMBER, 2007.

_____
SIGNATURE OF NOTARY PUBLIC

**OFFICIAL SEAL**
KEVIN DUNN
NOTARY PUBLIC-DELAWARE
MY COMMISSION EXPIRES 11/23/10

NOTARY PUBLIC for the state of DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS