## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Michael Fortin
                                           Plaintiff,

v.                                                           Case No.: 1:07−cv−07009
                                                            Honorable Virginia M. Kendall

Cityvista Capital, LLC, et al.
                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 14, 2008:

      MINUTE entry before Judge Virginia M. Kendall : Defendant's Motion for an extension of time to answer [8] is granted. Defendant CityVista may have a 21−day extension until 2/6/08 to answer or otherwise respond to the complaint. The 1/15 hearing date noticed for said motion is stricken; no appearance is required. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.