UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL FORTIN,<br><br>               Plaintiff,<br><br>     v.<br><br>CITYVISTA CAPITAL, LLC, a Delaware limited liability company; and HENRY CISNEROS, individually; and AMERICAN CITYVISTA HOLDINGS, LTD.,<br><br>               Defendants. | Civil Action No. 07 C 7009<br><br>Judge Kendall<br>Magistrate Judge Keys |

## **DEFENDANT CITYVISTA CAPITAL LLC's CORPORATE DISCLOSURE**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant, CityVista Capital LLC (incorrectly named in the Complaint as CityVista Capital, LLC) ("CityVista"), states that it is a Delaware limited liability corporation with its principal place of business in Los Angeles, California. CityVista Capital LLC is not publicly held and has no publicly held affiliates.

Dated: February 6, 2008

                                                              Respectfully submitted,
                                                              CITYVISTA CAPITAL LLC


                                                                 /s/ Stacey L. Smiricky
                                                           One of the Attorneys for Defendant

Stephen J. Landes
Stacey L. Smiricky
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, IL 60606
(312) 201-2000
(312) 201-2555 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Steven M. Hartmann
Freeborn & Peters LLP
311 S. Wacker Drive
Suite 3000
Chicago, IL  60606


　　　　　　　　　　　　　　　　　　　　　/s/ Stacey L. Smiricky

2