**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Michael Fortin
                                        Plaintiff,
v.                                                    Case No.: 1:07−cv−07009
                                                      Honorable Virginia M. Kendall
Cityvista Capital, LLC, et al.
                                        Defendant.


**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 25, 2008:

   MINUTE entry before Judge Virginia M. Kendall : At the request of counsel, the Initial Status hearing is reset for 3/5/2008 at 09:00 AM. Joint Status Report due by 2/29/2008. Mailed notice. (kw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.