**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL FORTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 7009 |
| | ) | |
| CITYVISTA CAPITAL, LLC, | ) | Judge Kendall |
| a Delaware limited liability company; | ) | Magistrate Judge Keys |
| and Henry Cisneros, individually; | ) | |
| and AMERICAN CITYVISTA | ) | Jury Demanded |
| HOLDINGS, LTD., | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:    Stephen J. Landes                     Albert J. Solecki, Jr.
         Stacey L. Smiricky                     Daniel J. Doron
         Wildman, Harrold, Allen & Dixon LLP    Goodwin Procter LLP
         225 West Wacker Drive                  599 Lexington Avenue
         Chicago, IL 60606                      New York, New York 10022

PLEASE TAKE NOTICE that on February 29, 2008 the undersigned filed the parties' **Joint Initial Status Report** with the Northern District of Illinois, Eastern Division, a copy of which is hereby served upon you.

Michael Fortin, Plaintiff

By:    /s/ Steven M. Hartmann
         Steven M. Hartmann

*Counsel for Plaintiff*
Steven M. Hartmann
ARDC No. 6185428
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL  60606-6677
Tel: 312-360-6000
Fax: 312-360-6573