UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

MICHAEL FORTIN,
      Plaintiff,

- against -        Civil Action No. 07 C 7009

CITYVISTA CAPITAL, LLC, a Delaware limited  Judge Kendall
liability company; and HENRY CISNEROS,   Magistrate Judge Keys
individually, and AMERICAN CITYVISTA
HOLDINGS, LTD.,
      Defendants.

**CERTIFICATE OF SERVICE FOR CITYVISTA
CAPITAL LLC'S INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)**

  Stacey L. Smiricky, an attorney, hereby certifies that she caused a true and correct copy of Defendant CityVista Capital LLC's Rule 26(a)(1) Disclosures to be served upon counsel of record via email on the 17th day of March, 2008, addressed as follows:

Steven Hartmann
Freeborn & Peters LLP
shartmann@freebornpeters.com

and hereby certifies that she caused a true and correct copy of Defendant CityVista Capital LLC's Rule 26(a)(1) Disclosures with corresponding documents to be served upon counsel of record via First Class mail on the 18th day of March, 2008, addressed as follows:

Steven Hartmann
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606

Dated: March 18, 2008      Respectfully submitted,
              CITYVISTA CAPITAL LLC

               /s/ Stacey L. Smiricky
              One of the Attorneys for Defendant

Stephen J. Landes
Stacey L. Smiricky
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, IL  60606
(312) 201-2000
(312) 201-2555 (fax)