IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL FORTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07 C 7009 |
| ) | |
| CITYVISTA CAPITAL, LLC, ) | Judge Virginia M. Kendall |
| a Delaware limited liability company; ) | Magistrate Judge Keys |
| HENRY CISNEROS, individually; ) | |
| and AMERICAN CITYVISTA ) | |
| HOLDINGS, LTD., ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION TO SUBSTITUTE COUNSEL

NOW COMES plaintiff Michael Fortin, by his undersigned attorneys, and pursuant to Local Rule 83.17, hereby moves to substitute counsel, pursuant to which Steven M. Hartmann would be granted leave to withdraw and C. Philip Curley and Cynthia H. Hyndman of the Robinson Curley & Clayton PC law firm, would be granted leave to file their appearances on plaintiff's behalf, and in support states as follows:

1. Plaintiff seeks leave of Court to substitute counsel as set forth herein.

2. Plaintiff hereby requests that Steven M. Hartmann of the law firm of Freeborn & Peters LLP be granted leave to withdraw as his counsel, and C. Philip Curley and Cynthia H. Hyndman of the Robinson Curley & Clayton PC law firm be granted leave to file their appearances on plaintiff's behalf herein.

3. This request is not made for purposes of delay or any improper purpose and will not delay a resolution of this case or prejudice any party.

4. Notice of this motion has been given to plaintiff Michael Fortin as well as counsel appearing in this case for Defendant.

WHEREFORE, plaintiff Michael Fortin requests leave to substitute counsel in this case, and that the Court grant leave for Steven M. Hartmann of Freeborn & Peters LLP to withdraw his appearance and C. Philip Curley and Cynthia H. Hyndman leave to file their appearances on behalf of Plaintiff, and grant such other relief as is just.

MICHAEL FORTIN

By:   /s/ Steven M. Hartmann
      One of His Attorneys

Steven M. Hartmann
ARDC No. 6185428
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606-6677
Tel: 312-360-6000
Fax:: 312-360-6573

1509100v1

## CERTIFICATE OF SERVICE

  I, the undersigned, an attorney, being duly sworn on oath, state that he caused a copy of the foregoing **Plaintiff's Motion to Substitute Counsel** to be served upon the counsel of record listed below, via ECF and U.S. Mail delivery, postage pre-paid, from the address of 311 South Wacker Drive, Chicago, Illinois on March 18, 2008 on or before 5:00 p.m.:

| | | |
|---|---|---|
| Stephen J. Landes<br>Stacey L. Smiricky<br>Wildman, Harrold, Allen<br>  & Dixon LLP<br>225 West Wacker Drive<br>Chicago, Illinois 60606 | Albert J. Solecki, Jr.<br>Daniel J. Doron<br>Goodwin Procter LLP<br>599 Lexington Avenue<br>New York, New York 10022 | Michael Fortin<br>5700 N. Harlem<br>Chicago, Illinois 60631 |

                /s/ Steven M. Hartmann