**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL FORTIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 07 C 7009** |
| | ) | |
| **CITYVISTA CAPITAL, LLC,** | ) | **Judge Virginia M. Kendall** |
| **a Delaware limited liability company;** | ) | **Magistrate Judge Keys** |
| **HENRY CISNEROS, individually;** | ) | |
| **and AMERICAN CITYVISTA** | ) | |
| **HOLDINGS, LTD.,** | ) | |
| **Defendants.** | ) | |

## ORDER

This matter coming to be heard on Plaintiff's Motion to Substitute Counsel; proper notice

having been given; there being no objection thereto; and the Court being otherwise advised in the

premises;

IT IS HEREBY ORDERED THAT:

1.     Plaintiff's Motion to Substitute Counsel is granted.

2.     Steven M. Hartmann is granted leave to withdraw his appearance on behalf of

Plaintiff.

3.     C. Philip Curley and Cynthia H. Hyndman are granted leave to enter their

appearances on Plaintiff's behalf herein.

Date: _____        ENTER:


_____
United States District Judge

Prepared by:

Steven M. Hartmann
ARDC No. 6185428
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL  60606-6677
Tel:  312-360-6000
Fax:: 312-360-6573

1509100v1