IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MICHAEL FORTIN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 07 C 7009 |
| | ) |
| **CITYVISTA CAPITAL, LLC,** | ) Judge Virginia M. Kendall |
| a Delaware limited liability company; | ) Magistrate Judge Keys |
| **HENRY CISNEROS,** individually; | ) |
| and **AMERICAN CITYVISTA** | ) |
| **HOLDINGS, LTD.,** | ) |
| Defendants. | ) |

### NOTICE OF MOTION

To:

| | |
|---|---|
| Stephen J. Landes | Albert J. Solecki, Jr. |
| Stacey L. Smiricky | Daniel J. Doron |
| Wildman, Harrold, Allen & Dixon LLP | Goodwin Procter LLP |
| 225 West Wacker Drive | 599 Lexington Avenue |
| Chicago, IL 60606 | New York, New York 10022 |

PLEASE TAKE NOTICE that on this 25th day of March, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for Plaintiff will appear before the Honorable Judge Kendall or any judge sitting in her stead, in the courtroom usually occupied by her, Room 2319, at the United States District Court, 219 S. Dearborn Street, Chicago, Illinois and then and there present **Plaintiff's Motion to Substitute Counsel**, a copy of which is attached hereto and served upon you.

                                            MICHAEL FORTIN

                                      By:   /s/ Steven M. Hartmann
                                                   One of His Attorneys

Steven M. Hartmann
ARDC No. 6185428
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL  60606-6677
Tel:  312-360-6000
Fax::  312-360-6573

1509100v1