## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>MICHAEL FORTIN,<br>      Plaintiff,<br>vs.<br>CITYVISTA CAPITAL, LLC, et al.,<br>      Defendants. | Case Number:<br>07 C 7009 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CITYVISTA CAPITAL LLC.

| | | |
|---|---|---|
| NAME (Type or print)<br>Albert J. Solecki, Jr. | | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>  s/ Albert J. Solecki, Jr. | | |
| FIRM<br>Goodwin Procter LLP | | |
| STREET ADDRESS<br>599 Lexington Avenue, 40th Floor | | |
| CITY/STATE/ZIP<br>New York, NY 10022 | | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>212-813-8833 | |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐  APPOINTED COUNSEL ☐ | | |

American LegalNet, Inc.
www.USCourtForms.com