**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 07 C 7009 |
|---|---|
| MICHAEL FORTIN, | Plaintiff, |
| v. | |
| CITYVISTA CAPITAL, LLC, a Delaware limited liability company; and HENRY CISNEROS, individually, and AMERICAN CITYVISTA HOLDINGS, LTD., | Defendants. |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, MICHAEL FORTIN

| | |
|---|---|
| NAME (Type or print) | |
| Adam N. Hirsch | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/Adam N. Hirsch | |
| FIRM | |
| Robinson Curley & Clayton, P.C. | |
| STREET ADDRESS | |
| 300 S. Wacker Drive, Suite 1700 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6275127 | (312) 663-3100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |