# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Virginia M. Kendall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7009 | **DATE** | 3/25/2008 |
| **CASE TITLE** | Fortin vs. Cityvista | | |

**DOCKET ENTRY TEXT**

Motion hearing held 3/25/2008. Plaintiff's Motion to Substitute Counsel [22] is granted. Steven M. Hartmann is granted leave to withdraw his appearance, and C. Philip Curley and Cynthia H. Hyndman are granted leave to enter their appearances on behalf of Plaintiff.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | KW |
|---|---|---|