AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**07 C 7009**

SUMMONS IN A CIVIL CASE

MICHAEL FORTIN,

PLAINTIFF,

V.

CITYVISTA CAPITAL, LLC, HENRY CISNEROS,
AMERICAN CITYVISTA HOLDINGS, LTD.

DEFENDANTS.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE KENDALL
MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

Henry Cisneros
2002 Houston
San Antonio, TX 78207

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Steven M. Hartmann
Freeborn & Peters LLP
311 S. Wacker Drive
Suite 3000
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_Anya Ellis_

(By) DEPUTY CLERK

December 13, 2007

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE *March 21, 2008* |
| NAME OF SERVER (PRINT) *Harry L. Chambers* | TITLE *Process Server* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: *454 Soledad, Suite 300 San Antonio, TX. 78205*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *March 21, 2008*
Date

Signature of Server *Harry L. Chambers*

Address of Server *P.O. Box 232, Devine, TX. 78016*

"STATE OF *Texas*"
"COUNTY OF *Bexar*"

SWORN TO this *25* day of *March 2008*.

Notary Public, State of Texas

JENNIFER R. MANZANARES
Notary Public, State of Texas
My Commission Expires
April 10, 2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.