

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

# 07 C 7009

### SUMMONS IN A CIVIL CASE

MICHAEL FORTIN,

    PLAINTIFF,

      V.

CITYVISTA CAPITAL, LLC, HENRY CISNEROS, AMERICAN CITYVISTA HOLDINGS, LTD.

    DEFENDANTS.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE KENDALL**
**MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

American CityVista Holdings, Ltd.
Henry Cisneros, Registered Agent
454 Soledad, Suite 300
San Antonio, TX 78205

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Steven M. Hartmann
Freeborn & Peters LLP
311 S. Wacker Drive
Suite 3000
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_
(By) DEPUTY CLERK

December 13, 2007
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | March 21, 2008 |
| NAME OF SERVER (PRINT)  Harry L. Chambers | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 454 Soledad, Suite 300 San Antonio, Tx. 78205

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 21, 2008      /s/ Harry L. Chambers
                Date                      Signature of Server

P.O. Box 232, Devine, Tx. 78016
Address of Server

"STATE OF Texas
"COUNTY OF Bexar

SWORN TO this 25 day of March 2008
/s/ Notary
Notary Public, State of Texas

JENNIFER R. MANZANARES
Notary Public, State of Texas
My Commission Expires
April 10, 2011

FILED
APR - 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.