## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
MICHAEL FORTIN,
                      Plaintiff,
vs.
CITYVISTA CAPITAL, LLC, et al.,
                      Defendants.

Case Number: 07 C 7009

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

American CityVista Holdings, LTD. and Henry Cisneros

| | |
|---|---|
| NAME (Type or print) <br> Stephen J. Landes | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>     s/ Stephen J. Landes | |
| FIRM <br> Wildman, Harrold, Allen & Dixon LLP | |
| STREET ADDRESS <br> 225 West Wacker Drive, Suite 3000 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 1567411 | TELEPHONE NUMBER <br> (312) 201-2772 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |

American LegalNet, Inc.
www.USCourtForms.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Cynthia H. Hyndman
chyndman@robinsoncurley.com
Adam N. Hirsch
ahirsch@robinsoncurley.com
Robinson Curley
300 South Wacker Drive
Suite 1700
Chicago, Illinois 60606

/s/ Stephen J. Landes