## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
MICHAEL FORTIN,  
              Plaintiff,  
vs.  
CITYVISTA CAPITAL, LLC, et al.,  
              Defendants.

Case Number: 07 C 7009

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

American CityVista Holdings, LTD. and Henry Cisneros

| Field | Value |
|---|---|
| NAME (Type or print) | Stacey L. Smiricky |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Stacey L. Smiricky |
| FIRM | Wildman, Harrold, Allen & Dixon LLP |
| STREET ADDRESS | 225 West Wacker Drive, Suite 3000 |
| CITY/STATE/ZIP | Chicago, Illinois 60606 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6278472 |
| TELEPHONE NUMBER | (312) 201-2502 |

| Question | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☒ | ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☒ | ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☒ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

American LegalNet, Inc.  
www.USCourtForms.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Cynthia H. Hyndman
>chyndman@robinsoncurley.com
>Adam N. Hirsch
>ahirsch@robinsoncurley.com
>Robinson Curley
>300 South Wacker Drive
>Suite 1700
>Chicago, Illinois 60606

>/s/ Stacey L. Smiricky