UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| MICHAEL FORTIN, </br></br>  Plaintiff, </br></br> v. </br></br> CITYVISTA CAPITAL, LLC; HENRY CISNEROS, AMERICAN CITYVISTA HOLDINGS, LTD., </br></br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | No. 07-C-7009 </br></br> Hon. Virginia Kendall </br></br> Magistrate Judge Arlander Keys |
|---|---|---|

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendants American CityVista Holdings, LTD. ("ACV"), and Henry Cisneros ("Cisneros), respectfully request, pursuant to Federal Rules of Civil Procedure Rule 6 (b), that this Honorable Court grant them an extension of time to answer or otherwise plead. In support of their motion, ACV and Cisneros state as follows:

1. On December 13, 2007, Plaintiff filed his Complaint in this action.

2. ACV and Cisneros were served with a copy of the summons and Complaint on March 21, 2008.

3. ACV and Cisneros retained the undersigned firm only today, April 9, 2008, to represent them in this litigation.

4. Based on the service date, ACV and Cisneros are to file their responsive pleadings on April 10, 2008.

5. Counsel conferred with Plaintiff's counsel prior to bringing this motion, and while Plaintiff's counsel would not stipulate to an extension, they stated they would not oppose Defendants' motion.

6. ACV and Cisneros request an extension of time of 30 days or until May 9, 2008.

7. Neither ACV nor Cisneros has sought any prior extension of time.

8. This motion is not brought for purposes of delay or harassment.

WHEREFORE, for all of the foregoing reasons, Defendants ACV and Cisneros respectfully request that this Court grant them an extension to file their answer or otherwise plead in this matter until May 9, 2008.

DATED: April 9, 2008

Respectfully submitted,

AMERICAN CITYVISTA HOLDINGS, LTD. and HENRY CISNEROS

By ___/s/ Stacey L. Smiricky___
One of the Attorneys for Defendants
AMERICAN CITYVISTA HOLDINGS,
LTD. and HENRY CISNEROS

Stephen J. Landes
landes@wildman.com
Stacey L. Smiricky
smiricky@wildman.com
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Suite 2800
Chicago, IL 60606
(312) 201-2000
(312) 201-2555 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Cynthia H. Hyndman
chyndman@robinsoncurley.com
Adam N. Hirsch
ahirsch@robinsoncurley.com
Robinson Curley
300 South Wacker Drive
Suite 1700
Chicago, Illinois 60606

                                               /s/ Stacey L. Smiricky