UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL FORTIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITYVISTA CAPITAL, LLC, HENRY ) <br> CISNEROS, AMERICAN CITYVISTA ) <br> HOLDINGS, LTD., ) <br> ) <br> Defendant. ) | No. 07-C-7009 <br><br> Hon. Virginia Kendall <br><br> Magistrate Judge Arlander Keys |

## NOTICE OF MOTION

TO: Cynthia H. Hyndman
Adam N. Hirsch
Robinson Curley
300 South Wacker Drive
Suite 1700
Chicago, Illinois 60606

PLEASE TAKE NOTICE that on the **14th** day of **April, 2008**, at **9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before **Judge Virginia Kendall**, or any judge sitting in her stead, in the courtroom usually occupied by her in **Room 2319** in the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Defendants' Motion for Extension of Time to Answer or Otherwise Plead, a copy of which has been served upon all parties of record.

/s/ Stacey L. Smiricky
One of the Attorneys for Defendants
AMERICAN CITYVISTA HOLDINGS, LTD. and
HENRY CISNEROS

Stephen J. Landes
landes@wildman.com
Stacey L. Smiricky
smiricky@wildman.com
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Suite 2800
Chicago, IL 60606
(312) 201-2000
(312) 201-2555 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Cynthia H. Hyndman
chyndman@robinsoncurley.com
Adam N. Hirsch
ahirsch@robinsoncurley.com
Robinson Curley
300 South Wacker Drive
Suite 1700
Chicago, Illinois 60606

                                                              /s/ Stacey L. Smiricky