UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Michael Fortin
                              Plaintiff,

v.                                                    Case No.: 1:07−cv−07009
                                                  Honorable Virginia M. Kendall

Cityvista Capital, LLC, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 10, 2008:

       MINUTE entry before Judge Honorable Virginia M. Kendall: Defendants CityVista Holdings and Henry Cisneros' Motion for Extension of Time [35] is granted. Defendants may have until 5/9/2008 to answer or otherwise plead to the Complaint. The 4/14/08 presentment date for said motion is stricken. The 4/14/08 Initial Status hearing is reset for 5/14/2008 at 09:00 AM. Parties to file an updated Status Report by 5/9/2008. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.