IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL FORTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 7009 |
| | ) | |
| CITYVISTA CAPITAL, LLC, HENRY CISNEROS, AMERICAN CITYVISTA HOLDINGS, LTD., | ) ) ) | Hon. Virginia Kendall |
| | ) | Magistrate Judge Keys |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:  Cynthia H. Hyndman
Adam N. Hirsch
Robinson Curley
300 South Wacker Drive
Suite 1700
Chicago, Illinois 60606

PLEASE TAKE NOTICE that on the **15th** day of **May, 2008,** at **9:00 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before **Judge Virginia Kendall,** or any judge sitting in her stead, in the courtroom usually occupied by her in R**oom 2319** in the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Defendants Henry Cisneros and American CityVista Holdings, Ltd.'s Motion to Dismiss Claims Against Henry Cisneros and American CityVista Holdings, Ltd. and to Dismiss the Third and Fourth Causes of Action , a copy of which has been served upon all parties of record.

_____/s/ Stacey L. Smiricky_____
One of the Attorneys for Defendants
AMERICAN CITYVISTA HOLDINGS, LTD. and
HENRY CISNEROS

Stephen J. Landes
landes@wildman.com
Stacey L. Smiricky
smiricky@wildman.com
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Suite 2800
Chicago, IL 60606
Tel:  (312) 201-2000
Fax:  (312) 201-2555

LIBNY/4722484.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Cynthia H. Hyndman
chyndman@robinsoncurley.com
Adam N. Hirsch
ahirsch@robinsoncurley.com
Robinson Curley
300 South Wacker Drive
Suite 1700
Chicago, Illinois 60606


　　　　　　　/s/　Stacey L. Smiricky