# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Michael Fortin

                    Plaintiff,

v.                                      Case No.: 1:07−cv−07009
                                                  Honorable Virginia M. Kendall

Cityvista Capital, LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 9, 2008:

    MINUTE entry before Judge Virginia M. Kendall: On the Court's own motion, the 5/14/08 Status hearing is stricken and reset for 5/15/2008 at 09:00 AM to be scheduled concurrently with the presentment of Defendant's Motion to Dismiss [38]. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.