**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL FORTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 7009 |
| | ) | |
| CITYVISTA CAPITAL, LLC, | ) | Judge Kendall |
| a Delaware limited liability company; | ) | Magistrate Judge Keys |
| and HENRY CISNEROS, individually; | ) | |
| and AMERICAN CITYVISTA | ) | Jury Demanded |
| HOLDINGS, LTD., | ) | |
| Defendants. | ) | |

## REVISED CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2008, I electronically filed the Defendants' Rule 12(b)(2), 12(b)(3) Motion to Dismiss with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Cynthia H. Hyndman
chyndman@robinsoncurley.com
Adam N. Hirsch
ahirsch@robinsoncurley.com
Robinson Curley
300 South Wacker Drive
Suite 1700
Chicago, IL  60606


　　　　　　/s/ Stacey L. Smiricky

Stephen J. Landes
landes@wildman.com
Stacey L. Smiricky
smiricky@wildman.com
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Suite 2800
Chicago, IL 60606
(312) 201-2000
(312) 201-2555 (fax)

LIBNY/4722028.2