## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Michael Fortin
                              Plaintiff,

v.                                                      Case No.: 1:07−cv−07009
                                                         Honorable Virginia M. Kendall

Cityvista Capital, LLC, et al.
                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 15, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Motion hearing held. Parties inform the Court that they are engaging in settlement discussions. Plaintiff to respond to the Motion to Dismiss [38] by 6/5/2008; replies due 6/26/2008. Status hearing set for 8/19/2008 at 9:00 AM. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.