



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ADDRESS

NAME: Daniel J. Doron

FIRM: Goodwin Procter LLP

STREET ADDRESS: The New York Times Building
620 Eighth Avenue

CITY/STATE/ZIP: New York, NY 10022

PHONE NUMBER: 212-813-8800

FILED
MAY 2 0 2008  TC
May 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ARDC NO. (If Member of Illinois State Bar): _____

☐  I am a member of the General Bar for the Northern District of Illinois.

☐  Have you filed an appearance with this Court using a different name? If so, please indicate on the line provided: _____

*I currently have an appearance on file for the following active case(s):*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:07-cv-07009 | Michael Fortin v. Cityvista Capital, LLC et al | Honorable Virginia M. Kendall |
|  |  |  |
|  |  |  |
|  |  |  |

_____          May 8, 2008
Attorney's Signature                       Date

**Return completed form by FAX to 312-554-8512 Attn: Attorney Admissions, or by mail to Attorney Admissions, 219 S. Dearborn, Room 2050, Chicago, Illinois 60604**