IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL FORTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 7009 |
| | ) | |
| CITYVISTA CAPITAL, LLC, HENRY CISNEROS, AMERICAN CITYVISTA HOLDINGS, LTD., | ) ) ) | Hon. Virginia Kendall  Magistrate Judge Keys |
| | ) | |
| Defendants. | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between Plaintiff Michael Fortin ("Fortin") and Defendants CityVista Capital LLC ("CityVista"), American CityVista Holdings, Ltd. ("ACV") and Henry Cisneros ("Cisneros"), that all claims and causes of action of Fortin against CityVista, ACV and Cisneros are hereby dismissed ***with prejudice***, without costs to any party as against any other.

Dated: June 6, 2008

| | |
|---|---|
| ROBINSON CURLEY & CLAYTON, P.C. | WILDMAN, HARROLD, ALLEN & DIXON LLP |
| By:  /s/ Adam N. Hirsch<br>        Adam N. Hirsch | By:  /s/ Stacey L. Smiricky<br>        Stacey L. Smiricky |
| 300 South Wacker Drive<br>Suite 1700<br>Chicago, Illinois 60606<br>Tel: (312) 663-3100<br>Fax: (312) 663-0303<br>*Attorneys for Plaintiff Michael Fortin* | 225 West Wacker Drive<br>Suite 2800<br>Chicago, IL 60606<br>Tel:  (312) 201-2000<br>Fax:  (312) 201-2555<br>*Attorneys for Defendants CityVista Capital LLC, American CityVista Holdings, Ltd., and Henry Cisneros* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2008, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

- **C. Philip Curley**
  pcurley@robinsoncurley.com
- **Daniel J. Doron**
  ddoron@goodwinprocter.com
- **Adam N Hirsch**
  ahirsch@robinsoncurley.com
- **Cynthia H. Hyndman**
  chyndman@robinsoncurley.com
- **Stephen J. Landes**
  landes@wildmanharrold.com,filesk@wildmanharrold.com,ecf-filings@wildmanharrold.com
- **Stacey Lynn Smiricky**
  smiricky@wildmanharrold.com,ecf-filings@wildmanharrold.com,kubas@wildmanharrold.com
- **Albert J. Solecki**
  asolecki@goodwinprocter.com

/s/ Adam N. Hirsch_____
Adam N. Hirsch