# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Michael Fortin

                    Plaintiff,

v.                                          Case No.: 1:07–cv–07009
                                            Honorable Virginia M. Kendall

Cityvista Capital, LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 6, 2008:

        MINUTE entry before the Honorable Virginia M. Kendall: The Court approves and enters the Stipulation of Dismissal [46]. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) by and between the parties, all claims and causes of action are hereby dismissed with prejudice, without costs to any party as against any other. All pending deadlines and hearings are stricken. Civil case terminated. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.